UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 13-cr-30111 |
| ) | |
| MICHAEL N. COOK, ) | |
| ) | |
| Defendant. ) | |

### **MOTION TO WITHDRAW**

Comes now Michael J. Nester of the lawfirm of Donovan Rose Nester, P.C., and for his Motion to Withdraw, states as follows:

1. That the Court file reflects that Michael J. Nester of the law firm of Donovan Rose Nester, P.C. has entered his appearance on behalf of defendant, Michael N. Cook, with reference to the above-styled case.

2. That the aforementioned is inaccurate and in error.

3. That although Michael J. Nester attended the Arraignment of defendant, Michael N. Cook, on Friday, May 24, 2013 he did not enter his appearance in behalf of Mr. Cook.

4. That Michael J. Nester moves the Court to correct the aforementioned error and delete all reference to Michael J. Nester having entered his appearance in this case.

WHEREFORE, based upon the foregoing analysis, Michael J. Nester of the law firm of Donovan Rose Nester, P.C. respectfully moves this Court to delete all references which mistakenly

identify Michael J. Nester as having entered his appearance on behalf of defendant, Michael N. Cook, with reference to the above-styled case.

> BY  /S/MICHAEL J. NESTER
> MICHAEL J. NESTER, #02037211
> Donovan Rose Nester, P.C.
> 201 South Illinois Street
> Belleville, Illinois  62220
> (618) 212-6500

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, I electronically filed MOTION TO WITHDRAW with the Clerk using the CM/ECF system which will send notification of such filings to the following:

J. William Lucco
blucco@lbtdlaw.com, akoester@lbtdlaw.com

James L. Porter
Jim.Porter@usdoj.gov, Monica.Schuyler@usdoj.gov

Suzanne M. Garrison
Suzanne.Garrison@usdoj.gov, Theresa.Richter@usdoj.gov

> Respectfully submitted,
>
> BY  /S/MICHAEL J. NESTER
> MICHAEL J. NESTER, #02037211
> Donovan Rose Nester, P.C.
> 201 South Illinois
> Belleville, Illinois  62220
> (618) 212-6500 (phone)
> (618) 212-6501 (fax)
> mnester@drnpc.com