IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-CR-30111-WDS |
| ) | |
| MICHAEL N. COOK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is a motion to withdraw filed by attorney Michael J. Nester (Doc. 11). The motion to withdraw is **GRANTED** and the Clerk of the Court is **DIRECTED** to administratively terminate Mr. Nester as an attorney of record in this case.

**IT IS SO ORDERED.**

**DATED: 7 June, 2013**

                                                           **/s/ WILLIAM D. STIEHL**
                                                           **DISTRICT JUDGE**