```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  13-cr-30111-WDS |
| | ) |
| MICHAEL N. COOK, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

The undersigned hereby enters his appearance as co-counsel for defendant, **MICHAEL N. COOK,** in the above-styled cause on the charges for the offense which appears in the Court record.

/s/Thomas Q. Keefe, III
THOMAS Q. KEEFE, III
IL Reg. No. 6294376
Attorney for the Defendant

**KEEFE & KEEFE, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.  13-cr-30111-WDS |
| | ) |
| MICHAEL N. COOK, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2013, I electronically filed ENTRY OF APPEARANCE, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. James L. Porter
Ms. Suzanne M. Garrison
Assistant U.S. Attorneys - Fairview Heights
9 Executive Drive
Suite 300
Fairview Heights, Illinois 62208
Jim.Porter@usdoj.gov
Suzanne.Garrison@usdoj.gov

Mr. J. William Lucco
Attorney at Law
224 St. Louis Street
P.O. Box 539
Edwardsville, IL 62025
blucco@lbtdlaw.com


                                        Respectfully submitted,


                                        /s/Thomas Q. Keefe, III
                                        THOMAS Q. KEEFE, III
                                        IL Reg. No. 6294376
                                        Attorney for the Defendant

**KEEFE & KEEFE, P.C.**
**ATTORNEYS AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile**)