```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )   No.  13-cr-30111
                                   )
MICHAEL N. COOK,                   )
                                   )
     Defendant.                    )
```

**MOTION TO CONTINUE**

COMES NOW the Defendant, by and through his undersigned counsel, and moves to continue the current trial setting, and as grounds states:

    1.   That this case is currently set for trial on July 15, 2013.

    2.   That the defendant is currently in a drug treatment facility out-of-state, where he is expected to remain for at least several more weeks.  This ongoing medical treatment is at his own expense, and not at the expense of either the taxpayer or the U.S. Attorney.  During this period, he is generally unreachable; additionally, preparing for trial will detract from his recovery.

    3.   That the Defendant has executed a Waiver of Speedy Trial, which is attached hereto as Exhibit A.

    4.   That the ends of justice by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial because refusal to grant same would force the

Defendant to split his focus between treatment and preparation, effectively undercutting both.

    5.   That the Government has no objection to the requested continuance.

    WHEREFORE, Defendant prays for an Order continuing his trial from July 15 until late fall, the specific date to be set at the Court's convenience.

                               <u>/s/Thomas Q. Keefe, III</u>
                               THOMAS Q. KEEFE, III
                               IL Reg. No. 6294376
                               J. WILLIAM LUCCO
                               IL Reg. No. 01701835
                               ATTORNEYS FOR DEFENDANT

**KEEFE & KEEFE, P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile)**

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  13-cr-30111 |
| | ) | |
| MICHAEL N. COOK, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on JUNE 17, 2013, I electronically filed MOTION TO CONTINUE, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. James L. Porter
Ms. Suzanne M. Garrison
Assistant U.S. Attorneys
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
Jim.Porter@usdoj.gov
Suzanne.Garrison@usdoj.gov

                                  Respectfully submitted,


                                  /s/Thomas Q. Keefe, III
                                  THOMAS Q. KEEFE, III
                                  IL Reg. No. 6294376
                                  J. WILLIAM LUCCO
                                  IL Reg. No. 01701835
                                  Attorneys for the Defendant


**KEEFE & KEEFE, P.C.**
**ATTORNEY AT LAW**
**#6 EXECUTIVE WOODS COURT**
**BELLEVILLE, ILLINOIS 62226**
**618/236-2221**
**618/236-2194 (Facsimile**)