IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 13-cr-30111 |
| MICHAEL N. COOK, | ) |
| Defendant. | ) |

### WAIVER OF SPEEDY TRIAL

I, Michael N. Cook, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, *et seq.*, and the Plan for Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on July 15, 2013, and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date and in so doing, waive any rights I may have under the Speedy Trial Act and the Plan for Prompt Disposition of Criminal Cases.

_____
MICHAEL N. COOK

DATE:  6-13-13



DEFENDANT'S EXHIBIT A