# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
|   v. | ) | **NO. 13-CR-30111-WDS** |
| | ) | |
| MICHAEL N. COOK, | ) | |
| | ) | |
|   Defendant. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is defendant's motion to continue (Doc. 14) which includes a separate Speedy Trial waiver executed by the defendant. The defendant seeks a continuance of the trial and final pre-trial dates on the grounds that the defendant is currently out of the District for treatment at a drug-treatment facility and is expected to be there for "several" more weeks. Counsel represents that additional time is necessary to meet with the defendant once he returns to the District to allow them to further prepare for trial.

Upon review of the record, the Court **FINDS** that in light of the defendant's absence from the District for necessary medical care, and his inability, due to that treatment, to meaningfully participate in the preparation of his defense, that it is in the best interests of justice and the defendant to continue the final pretrial and trial in this matter. The Court **FURTHER FINDS** that additional time is reasonable and necessary to allow the defense attorney the opportunity to further prepare for trial once the defendant returns to the District. 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i).   The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance in this matter. 18 U.S.C. § 3161(h)(7)(B)(iv). **Defense counsel shall promptly notify the Court once the defendant returns to the District after treatment.**

Accordingly, the Court **GRANTS** defendant's motion for a continuance (Doc. 14). This matter is **HEREBY** rescheduled for trial on Tuesday, October 1, 2013 at 9:00 a.m., and for

a Final Pre-Trial Conference on Monday, September 23, 2013, at 11:00 a.m. All time between

the filing of the motion to continue and the new trial date shall be excluded for speedy trial

purposes.


**IT IS SO ORDERED.**

**DATE: <u>19 June, 2013</u>**

                                   <u>/s/   **WILLIAM D. STIEHL**        </u>
                                          **DISTRICT JUDGE**